**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MODASER BAKHAT** | **CASE NO. 1:26-CV-01452 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **RICKEY SPINNER ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

Before the Court is a Report and Recommendation of the Magistrate Judge recommending that Petitioner be released from ICE custody. In its opposition, Respondents inform the Court with supporting documentation that Petitioner was removed from the United States on August 26, 2026.[1] Accordingly,

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED,** as the Court declines to adopt its recommendation.

**THUS DONE AND SIGNED** in chambers on this 22nd day of October, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**

[1] Declaration, Doc. 8.1.